IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NANCY D. CORDELL                                        PLAINTIFF

V.                      NO. 1:08CV00016 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 13th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE